# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Baasch |
| **To:** | MRUFOIA.Requests@usdoj.gov |
| **Cc:** | Charles Eldred; Chris Elmore |
| **Subject:** | FOIA REQUEST FOR OFFICE OF SPECIAL COUNSEL JACK SMITH |
| **Date:** | Friday, November 8, 2024 11:53:00 AM |
| **Attachments:** | FOIA Request.pdf |

Dear FOIA Officer:

Please see the attached Freedom of Information Act Request for records from Office of Special Counsel Jack Smith. We respectfully request that you forward the request to the appropriate office for processing.

Thank you,



Ryan S. Baasch
Associate Deputy Attorney General for Civil Litigation
Office of the Attorney General of Texas
P: (512) 936-1378
ryan.baasch@oag.texas.gov