AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00240-Z

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merrick Garland, in his official capacity as Attorney General of the United States was received by me on *(date)* Nov 13, 2024, 12:26 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ashley Richarson , who is designated by law to accept service of process on behalf of *(name of organization)* Merrick Garland, in his official capacity as Attorney General of the United States on *(date)* Thu, Nov 21 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.

I declare under penalty of perjury that this information is true.

Date: 11/22/2024

_____
*Server's signature*

Susan Mullin PSC-16207
_____
*Printed name and title*

5711 Purdue St, Amarillo, TX 79109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 21, 2024, 3:00 pm CST at US Attorney Office: 500 S Taylor St. Suite LB238, Amarillo, Texas 79101 received by Ashley Richarson . Gender: Female; Other: Authorized Person;