# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and<br>KEN PAXTON, in his official capacity as<br>Attorney General of Texas,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity<br>as Attorney General of the United States, and<br>DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | CIVIL ACTION NO. 2:24-cv-00240-Z |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, the State of Texas and Ken Paxton, in his official capacity as Attorney General of Texas, and Defendants, Merrick Garland, in his official capacity as Attorney General of the United States, and the Department of Justice (collectively the "Parties"), submit this Joint Motion to Dismiss with prejudice and without costs, all claims by Plaintiff in the above-referenced case.

### PRAYER

After due consideration, the Parties have agreed and respectfully request that all claims in this case should be dismissed with prejudice and without costs or fees, and that the Court enter the attached Agreed Order of Dismissal.

1

Date: August 12, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

JAMES LLOYD
Deputy Attorney General for Civil Litigation

RYAN D WALTERS
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

GARRETT GREENE
Special Counsel
Texas State Bar No. 24096217
garrett.greene@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal programs Branch

*/s/ Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office for EDNC
150 Fayetteville Street, Ste. 2100
Raleigh, NC 27601
Tel: 919-856-4013
Amy.powell@usdoj.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on January 24, 2025, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

                                      */s/ Zachary L. Rhines*
                                      ZACHARY L. RHINES
                                      Special Counsel